UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY TUCKER, on behalf of herself and all others similarly situated,

       Plaintiffs,

    -against-

FOSSIL GROUP, INC. d/b/a WWW.SKAGEN.COM,
       Defendant.

Docket No: 7:18-cv-05065-CS
**NOTICE OF SETTLEMENT**

Now comes the Plaintiff HENRY TUCKER by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences.

Dated: Brooklyn, New York
    November 28, 2018

            Respectfully submitted,

            By: _____
            Joseph H. Mizrahi, Esq.
            Cohen & Mizrahi LLP
            300 Cadman Plaza West, 12 Fl.
            Brooklyn, New York 11201
            Phone: (929) 575-4175
            Email: joseph@cml.legal
            *Attorney for Plaintiff*