UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————— x
HENRY TUCKER, Individually, and On  :
Behalf of All Others Similarly Situated,  :
                                       :   Case No. 1:18-cv-05065-RJS
                 Plaintiff,  :
   vs.                           :   **STIPULATION OF DISMISSAL**
FOSSIL GROUP, INC.  :
               Defendant.  :
                                       :
———————————————————————— x

      **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  August 8, 2022          **MIZRAHI KROUB LLP**

                                                                               */s/*

                                             JOSEPH H. MIZRAHI
                                             JARRETT S. CHARO
                                             WILLIAM J. DOWNES
                                             200 Vesey Street, 24th Floor
                                             New York, NY  10281
                                             Telephone:  212/595-6200
                                             212/595-9700 (fax)
                                             ekroub@mizrahikroub.com
                                             jcharo@mizrahikroub.com
                                             wdownes@mizrahikroub.com

                                             *Attorneys for Plaintiff*

                                        **LITTLER MENDELSON, P.C. (NYC)**

DATED: August 8, 2022

                                        _____

Daniella Adler
900 Third Avenue
New York, NY 10022
212-583-9600
Fax: 212-832-2719
Email: Dadler@littler.com

*Attorney for Defendant*



2